IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:09-1177-JFA |
|---|---|---|
| | ) | C/A No.: 3:12-531-JFA |
| v. | ) | |
| | ) | ORDER |
| ISMAEL SALAZAR | ) | |
| _____ | ) | |

The defendant has moved to dismiss (ECF Nos. 233, 234) his currently pending motion under 28 U.S.C. § 2255 motion (ECF No. 212), indicating that he has decided to request a treaty transfer from the Federal Bureau of Prisons instead. Although the government has filed a motion for summary judgment in opposition, the government consents to the dismissal of the § 2255 petition.

Accordingly, the defendant's motion under 28 U.S.C. § 2255 is hereby dismissed without prejudice. The Clerk is directed to docket all pending motions in this matter dismissed as well.

IT IS SO ORDERED.

August 5, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge